

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00198-CV

**IN THE INTEREST OF N.S., IV and D.L.S., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01043
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

   Appellee's brief was due on August 11, 2021. *See* TEX. R. APP. P. 38.6(b). After the due date, concurrent with the filing of their brief, Appellee filed an unopposed motion to extend the brief due date to the filing date of August 13, 2021.

   Appellee's motion is GRANTED. The brief due date is modified to August 13, 2021.

_____
Patricia O. Alvarez, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.

_____
Michael A. Cruz,
Clerk of Court